AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARGIE BARNES, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CAS

Case: 1:08-cv-00922
Assigned To : Sullivan, Emmet G.
Assign. Date : 5/30/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michelle Rhee (Officially)
Acting Chancellor, District of Columbia Public Schools
825 North Capitol Street, NE Suite 9026
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms, Esq.
Domiento C.R. Hill, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

MAY 3 0 2008

CLERK                                                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 6-5-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _H Maley_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-5-08         _Clarence J. Hayes_
            Date            Signature of Server

1220 L St NW
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARGIE BARNES, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-00922
Assigned To : Sullivan, Emmet G.
Assign. Date : 5/30/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia
1350 Pennsylvania Ave., NW
5th Floor
Washington, DC 20002
To Serve: Adrian Fenty, Mayor

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms, Esq.
Domiento C.R. Hill, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW
Suite 700
Washington, D.C. 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**   MAY 3 0 2008

CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-3-08 | |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE Legal Assistant | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ms. Braxton

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-3-08         Clarence J. Hayes
             Date            Signature of Server

             1220 L St NW
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARGIE BARNES, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-00922
Assigned To : Sullivan, Emmet G.
C. Assign. Date : 5/30/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia
441 Fourth Street, NW
6th Floor
Washington, DC 20004
To Serve: Peter Nickels, Interim Attorney General

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms, Esq.
Domiento C.R. Hill, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW
Suite 700
Washington, D.C. 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          MAY 3 0 2008

CLERK                                                      DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6-3-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __Gail Rivers__

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6-3-08__   __Clarence J. Hayes__
       Date                 Signature of Server

__1220 L St. NW__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.