**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
**WANDA BARNES,** *et al.,*                   )
                                              )
                     **Plaintiffs,**          )
                                              )
            **v.**                            )     **Civil Action No. 08-0922 (EGS)**
                                              )
**DISTRICT OF COLUMBIA,** *et al.,*           )
                                              )
                     **Defendants.**          )
_____)

**DEFENDANTS' CONSENT MOTION FOR
<u>ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT</u>**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully

request an enlargement of time – until July 18, 2008 – to respond to the complaint herein.

This action is an aggregation of some 30 individual claims for the recovery of

attorneys' fees and costs under the Individuals With Disabilities Education Improvement

Act of 2004, 20 U.S.C. §§1400 *et seq*. ("IDEIA").  As to each claim, it is asserted that the

individual plaintiff/claimant prevailed with respect to a different special education

administrative proceeding at the District of Columbia Public Schools ("DCPS"), and that

related invoices for attorneys' fees and costs have improperly not been paid by DCPS.

The complaint and accompanying documents are more than 500 pages in length, and

recites as to each claim the particular administrative event said to ground the claim; the

purported facts concerning the plaintiff's attorney's submission to DCPS of

a request for payment, and DCPS's failure to date to pay those requests; and a

specification, by invoices, of fees and costs claimed to be remaining to be paid.

In order to respond to the complaints, each claim must be researched by the same few legal and financial individuals at DCPS responsible for this subject matter, and each must be addressed in this Court by undersigned counsel.  Given the volume of individual claims, and the documents required to be reviewed (and asserted facts verified), however, it is simply not possible for the necessary work to be concluded, and all of these claims to be responded to, in the 20 day period normally allowed for response to complaints under the Federal Rules and the Rules of this Court.

Accordingly, it is requested that the Court enlarge the period for responding the captioned complaint by 30 days – to July 23, 2008.  Counsel for the Plaintiff has consented to a grant of this motion.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334

June 18, 2008                                    Email: Edward.taptich@dc.gov

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

Consent of Plaintiffs' counsel

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **WANDA BARNES,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-0922 (EGS)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed June 18, 2008, at it appearing that a grant of that motion would be just and proper, it is, this _____ day of June, 2008,

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED, That the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including July 23, 2008.

_____
United States District Court Judge