UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANDA BARNES, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-0922 (EGS) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

On both June 18 and July 9, 2008, Defendants sought thirty-day extensions of time to Respond to the Complaint herein. Given that the parties' are actively engaging in discussions to possibly settle each of these claims, and to avoid the filing of unnecessary pleadings and documents, the Defendants, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for an additional 30 day enlargement of time – to September 23, 2008 – to respond to the Complaint herein.

This action is an aggregation of some 30 individual claims for the recovery of attorneys' fees and costs under the Individuals With Disabilities Education Act of 2004, 20 U.S.C. §§1400 *et seq*.("IDEIA"). As to each claim, it is asserted that each individual plaintiff/claimant prevailed with respect to a different special education administrative proceeding at the District of Columbia Public Schools ("DCPS"). The Complaint and accompanying documentation recites as to each claim the particular administrative event said to ground the claim; the purported facts concerning the plaintiffs' attorneys'

submission to DCPS of a request for payment, and DCPS' response; and a specification, by invoices, of fees and costs claimed to be remaining to be paid.

Due to the length of time it takes for the parties' to review the details involving each of the Plaintiff's claims, the Defendants respectfully request an additional thirty-day extension, until September 23, 2008, to respond to the Complaint herein.

Plaintiffs' counsel consented to a grant of this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PETER J. NICKLES<br>Interim Attorney General<br>for the District of Columbia |
|  | GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
|  | */s/ Edward P. Taptich*<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section II |
|  | */s/ Amy Caspari*<br>AMY CASPARI [#488968]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South |
| August 25, 2008 | Washington, D.C. 20001 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 6(b)(1), Federal Rules of Civil Procedure

Consent of Plaintiffs' Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WANDA BARNES,** *et al.*, | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | : Civil Action No. 08-0922 (EGS) |
| | : |
| **DISTRICT OF COLUMBIA,** *et al.*, | : |
| | : |
| **Defendants.** | : |

## ORDER

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed August 25, 2008, and it appearing that a grant of that motion would be just and proper, it is, this _____ day of August, 2008,

**ORDERED** that the Defendants' motion is granted; and it is

**FURTHER ORDERED** that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including September 23, 2008.

_____
United States District Court Judge Sullivan